insurance carried by appellant was but one-fourth of the total amount of the policies taken out on the same property by appellee, it must be assumed that the jury valued the property at four times the amount of the verdict in this case, or $3,100, and they must therefore have been to a large extent controlled in fixing values by the purchase value of the articles contained in the schedule as sworn to by appellee and stated therein.

It appears to us that an improper basis was used in determining the actual cash value of the property destroyed at the time of the fire, and that the judgment based on the verdict resulting therefrom should not be permitted to stand. The judgment of the court below is accordingly reversed and the cause remanded.

*Reversed and remanded.*

---

## Thomas & Hoeltmann, Appellee, v. St. Louis Brewing Association, Appellant.

### (Not to be reported in full.)

Appeal from the City Court of East St. Louis; the Hon. ROBERT H. FLANNIGAN, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Thomas & Hoeltmann, a corporation, against St. Louis Brewing Association, a corporation, to recover charges for transferring and storing hotel furniture upon which defendant held a chattel mortgage. From a judgment in favor of plaintiff for $221.70, defendant appeals.

M. V. JOYCE and A. B. GARRETT, for appellant.

MARTIN D. BAKER and DAN McGLYNN, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

WAREHOUSEMEN, § 23*—*when chattel mortgagee liable for hauling and storage charges.* In an action for hauling and storage charges in connection with hotel furniture subject to a chattel mortgage at the time it was hauled and stored, evidence *held* to show that chattel mortgagee ordered the goods to be stored in its name and that it was therefore liable for the charges after it had purchased the property at the foreclosure sale.

---

### City of Centralia, Appellee, v. John Knash, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Marion county; the Hon. ALBERT M. ROSE, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Complaint by the City of Centralia against John Knash for a disturbance of the peace in violation of a city ordinance. From a judgment against defendant for five dollars and costs, defendant appeals.

CHARLES F. DEW and A. D. RODENBERG, for appellant.

No appearance for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL CORPORATIONS. § 864*—*when evidence shows a disturbance of the peace in violation of ordinance.* On complaint for

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.